PER CURIAM.
Affirmed on authority of Merchants’ Transportation Company v. Daniel, 109 Fla. 496, 149 So. 401; Povia v. Melvin, Fla.1953, 66 So.2d 494; Miami Transit Co. v. Karses, 146 Fla. 163, 200 So. 372; also Miller v. Ungar, 149 Fla. 79, 5 So.2d 598; Brandt v. Dodd, 150 Fla. 635, 8 So.2d 471.
DREW, C. J., and TERRELL, HOB-SON and THORNAL, JJ., concur.
THOMAS and O’CONNELL, JJ., dissent.
ROBERTS, J., not participating.'